*E-FILED 5/16/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QING-YOU WANG, | NO. 05-04119 RS |
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| SILVER WING CHINESE RESTAURANT, et al., | |
| Defendants. | |

Before the Court is plaintiff's motion for leave to file a first amended complaint. Defendant has filed written notice that it does not oppose the motion. The Court finds this matter suitable for disposition without oral argument, pursuant to Local Rule 7-1 (b).

Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend "shall be freely given when justice so requires," and there is a "strong policy permitting amendment." *Bowles v. Reade*, 198 F.3d 752, 757 (9th Cir.1999). Absent undue prejudice, bad faith, undue delay, or futility, it generally is an abuse of discretion to deny leave to amend. *Id.* at 757-758. As no reason to deny leave to amend appears on the record here, the motion is GRANTED.

IT IS SO ORDERED.

Dated: May 16, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
05-04119 RS

1

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2  James Michael Barrett    jb@jamesbarrettlaw.com

3  Adam Wang    waqw@sbcglobal.net

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

7  **Dated: 5/16/06**                                              **Chambers of Judge Richard Seeborg**

                                                                **By:    /s/ BAK**

ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
05-04119 RS

2