| | |
|---|---|
| 1  ADAM WANG (STATE BAR NO. 201233)<br>    DAL BON & WANG<br>2  12 South First Street, Suite 613<br>    San Jose, CA 95113 | *E-FILED 6/5/06* |
| 3  Telephone:   (408) 421-3403<br>    Facsimile:    (408) 351-0261 | |
| 4 | |
| 5  Attorneys for Plaintiff<br>    Qing-You Wang | |

7  JAMES M. BARRETT, ESQ.
   LAW OFFICES OF JAMES M. BARRETT
8  789 Castro Street
9  Mt. View, CA 94041
   jb@jamesbarrettlaw.com
10 Phone 650-969-3687
   FX   650-969-3699
11
   Attorneys for Defendant
12 Silver Wing Chinese Restaurant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Qing-You Wang, | Case No. C05-04119 RS |
| Plaintiffs, | **STIPULATION TO CONTINUE ADR DEADLINE** |
| v. | AND ORDER THEREON |
| Silver Wing Chinese Restaurant, et al. | |
| Defendant(s). | |

   Plaintiff Qing-You Wang and defendant Silver Wing Restaurant, through their respective counsel stipulate to continue the deadline of the mediation completion date as follows:

   1.   The Court ordered this case be referred for mediation to be completed on or prior to June 6, 2006.

   2.   Due to the travel of principal of defendant Silver Wing Restaurant to Taiwan, parties have been unable to schedule a mediation date prior to current deadline.

Case No. C05-04119 RS

Wang v. Silver Wing Chinese Restaurant, et al.
STIPULATION TO CONTINUE ADR

1
2    3.    As such, parties respectfully request that the mediation competition date be
3 continued for 35 days until July 28, 2006.

4
5 Dated: June 5, 2006                                DAL BON & WANG
                                                            ADAM WANG
6
7                                            By: /s/ Adam Wang
                                                 Attorney for Plaintiff
8                                                 Qing-You Wang

9 Dated: June 5, 2006                                JAMES BARRETT
10
11                                          By: /s/ James Barrett
                                                 Attorney for Defendant
12                                                 Silver Wing Restaurant

13 _____

14
15                                            [PROPOSED] ORDER

16 Pursuant to parties stipulation, **IT IS SO ORDERED**.
17
18
19 Dated: June  5 , 2006                          By: _____
20                                                 Richard Seeborg
                                                 United States Magistrate Judge

21
22
23
24
25
26
27
28

Case No. C05-04119 RS

Wang v. Silver Wing Chinese Restaurant, et al.
STIPULATION TO CONTINUE ADR