ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiff
Qing-You Wang


JAMES M. BARRETT, ESQ.
LAW OFFICES OF JAMES M. BARRETT
789 Castro Street
Mt. View, CA 94041
jb@jamesbarrettlaw.com
Phone 650-969-3687
FX   650-969-3699

Attorneys for Defendants
Silver Wing Chinese Restaurant & Bonnie Shieh

*E-FILED 9/5/06*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Qing-You Wang, | Case No. C05-04119 RS |
|---|---|
| Plaintiffs, | |
| v. | STIPULATION TO DISMISS WITH PREJUDICE & ORDER |
| Silver Wing Chinese Restaurant, et al. | |
| Defendant(s). | |

      Pursuant to Fed. R. Civ. Pro. 41(a)(2), plaintiff Qing-You Wang and defendants Silver Wing Restaurant and Bonnie Shieh, through their respective counsel, stipulate as follows:

      1.    Parties have fully resolved their disputes and entered into a settlement agreement.

      2.    As such parties respectfully request that the Court dismiss this case in its entirety with prejudice.

3. As part of settlement agreement, parties stipulate and request that the Court retain jurisdiction for the purpose of enforcing parties' settlement agreement.

                                        DAL BON & WANG
                                        ADAM WANG

Dated: August 31, 2006                By: /s/ ADAM WANG
                                               Attorney for Plaintiff
                                               Qing-You Wang

Dated: August 31, 2006                JAMES BARRETT


                                    By: /s/ James Barrett
                                         Attorney for Defendants
                                         Silver Wing Restaurant & Bonnie Shieh

---

### [~~PROPOSED~~] ORDER

**Pursuant to parties' stipulation, IT IS SO ORDERED.**

Dated: September  5 , 2006            By: /s/ Richard Seeborg
                                                    RICHARD SEEBORG
                                                    United States Magistrate Judge