**\*E-FILED 8/29/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QING-YOU WANG, | NO. C 05-04119 RS |
| Plaintiff, | **ORDER GRANTING MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| v. | |
| SILVER WING CHINESE RESTAURANT, et al. | |
| Defendant. | |

Plaintiff moves to enforce the settlement agreement entered into in this action. Defendants filed no opposition and did not appear at the hearing. Plaintiff has shown that defendants failed to make any payments as required by the settlement agreement and that there is now past due and owing the total sum of $40,000. Plaintiff's motion is GRANTED and judgment in the sum of $40,000 will be entered.

IT IS SO ORDERED.

Dated: August 29, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

James Michael Barrett    jb@jamesbarrettlaw.com

Adam Wang    aqwang@dalbonandwang.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 8/29/07**                                         **Chambers of Judge Richard Seeborg**

                                                           **By:**      **/s/ BAK**

ORDER GRANTING MOTION TO ENFORCE SETTLEMENT AGREEMENT
C 05-04119 RS

2