*E-FILED 8/29/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QING-YOU WANG, | NO. C 05-04119 RS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SILVER WING CHINESE RESTAURANT, et al., | |
| Defendants. | |

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Plaintiff against defendants Silver Wing Chinese Restaurant and Bonnie Shieh in the amount of $40,000.

IT IS SO ORDERED.

Dated: August 29, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

JUDGMENT
C 05-04119 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

James Michael Barrett     jb@jamesbarrettlaw.com

Adam Wang     aqwang@dalbonandwang.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 8/29/07**                                                                 **Chambers of Judge Richard Seeborg**

                                                                                                    **By:**     /s/ BAK

JUDGMENT
C 05-04119 RS