ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, Ca 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

*E-Filed 5/21/09*

Attorneys for Plaintiff
QING-YOU WANG

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QING-YOU WANG,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SILVER WING CHINESE RESTAURANT, ET AL.<br><br>　　　　　Defendants | Case No.: C05-04119 RS<br><br>**STIPULATION FOR THE TEMPORARY RESTRAINING ORDER TO REMAIN IN EFFECT FOR 60 DAYS** |

　　　　Plaintiff/Judgment Creditor Qing You Wang, and Defendants/Judgment Debtors Silver Wing Chinese Restaurant and Bonnie Shieh, through their respective counsel, stipulate as follows:

　　　　1.　　On May 6, 2009, this Court entered an temporary restraining order ("TRO") enjoining Silver Wing Chinese Restaurant and Bonie Shieh from concealing, transferring, dissipating, or causing to be concealed, transferred, or dissipated, funds in an amount not to exceed **$55,000.00** in total, deposited in any account in the name of either defendant or in either defendant's control or custody.

　　　　2.　　The TRO takes effect on the condition of Plaintiff/ Judgment Creditor posting a bond of $55,000; and expires on May 19, 2009. A hearing was set on May 19, 2009 where

**STIPULATION FOR TRO TO RETAIN IN EFFECT**
**Wang v. Silver Wing Chinese Restaurant, et al**

　　　　　　　　　　　　　　　　1　　　　Case No.: C05-04119 RS

1  Defendants/Judgment Debtor s may show cause why a preliminary injunction should not issue
2  enjoining Silver Wing Chinese Restaurant and Bonnie Shieh from concealing, transferring,
3  dissipating, or causing to be concealed, transferred, or dissipated, funds in an amount not to
4  exceed **$55,000.00** in total, deposited in any account in the name of either defendant or in either
5  defendant's control or custody.

6      3.    Parties, through their respective counsel , hereby stipulate that the Court refrain
7  from entering a preliminary injunction for 60 days during which the TRO of May 6, 2009 should
8  continue its full force and effect.

9  Dated:  May 19, 2009          By: /s/ ADAM WANG
                                                Attorney for Plaintiff
10                                                 Qing-You Wang

11 Dated:  May 19, 2009          By: /s/ James Barrett
12                                                 Attorney for Defendants
13                                                Silver Wing Chinese Restaurant and
                                               Bonnie Shieh

14 _____
15                               ~~[PROPOSED]~~ ORDER

16     Pursuant to parties' stipulation, IT IS HEREBY ORDERED that the Temporary
17 Restraining Order ("TRO") issued by this Court on May 6, 2009 should remain in full force and
18 effect until July 18, 2009, at which time the TRO expires absent the issue of a preliminary
19 injunction or an order otherwise extending the effect of TRO beyond July 18, 2009.

20 Dated: May 21 2009          By: _____
21                                                 Richard Seeborg
22                                                United States Magistrate Judge
23
24
25

**STIPULATION FOR TRO TO RETAIN IN EFFECT**
**Wang v. Silver Wing Chinese Restaurant, et al**
                                      2            Case No.: C05-04119 RS